IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-688-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FULLER'S PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| A RAVEN ARMS .25 CALIBER | ) |
| PISTOL, MODEL MP-25, SERIAL | ) |
| NUMBER: 1737745; et al. | ) |
| | ) |
| Defendants. | ) |

## DEFAULT AS TO CERTAIN DEFENDANTS

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against certain defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure. Those certain defendants to which default is entered are described as follows:

A RAVEN ARMS .25 CALIBER
PISTOL, MODEL MP-25, SERIAL
NUMBER: 1737745;

A ROCK RIVER ARMS LAR-15, 5.56
RIFLE, SERIAL NUMBER: CM136498;
A ROMARM CUGIR MODEL GP
WASR 10/63, 7.62 RIFLE, SERIAL
NUMBER: 1977HC3294;

1

A SAVAGE ARMS MODEL 93R17, .17
CALIBER RIFLE, SERIAL NUMBER:
1207102;

A TAURUS MODEL 85, .38 SPECIAL
PISTOL, SERIAL NUMBER: SD23863;

A MARLIN MODEL 925M, .22
CALIBER RIFLE, SERIAL NUMBER:
91670097;

A ROMARM/CUGIR MODEL ROMAK 991,
7.62 x 39 MM RIFLE, SERIAL
NUMBER: 1-00503-99;

A GLOCK 29, 10 MM PISTOL,
SERIAL NUMBER: RUT663;

BUSHNELL BANNER 3-9X40MM SCOPE;

TWO (2) GENERIC SCOPES;

AO VARMINT SCOPE;

LIGHT AND LASER LITHIUM SCOPE;

A RAVEN 25 CAL MP-25 HANDGUN,
SERIAL NUMBER: 1737745;

LEGION ARMS LIGHT LITHIUM
SCOPE;

CENTERPOINT SCOPE;

TRU GLO SCOPE;

VANGUARD SCOPE;

REDFIELD SCOPE:

ALL RELATED AMMUNITION AND
MAGAZINES;

BULLDOG HOLSTER;

SO ORDERED. This __3__ day of ~~September~~ **October** 2017.

　　　　　　　　　　　　　　　　_J. Dever_
　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　Chief United States District Judge