IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-688-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FULLER'S PERSONAL PROPERTY, SPECIFICALLY DESCRIBED AS: A RAVEN ARMS .25 CALIBER PISTOL, MODEL MP-25, SERIAL NUMBER: 1737745; et al. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFAULT AS TO CERTAIN DEFENDANTS**

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against certain defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure. Those certain defendants to which default is entered are described as follows:

A WEATHERBY VANGUARD .300 WIN
RIFLE, SERIAL NUMBER: VS129398;

A REMINGTON MODEL 7400, 30-06
RIFLE, SERIAL NUMBER: 8572673;

A SAVAGE .270 WIN RIFLE, SERIAL
NUMBER: H113976;

1

A FOX MODEL B DOUBLE BARRELL
SHOTGUN, SAVAGE ARMS, SERIAL
NUMBER: A118663;

A REMINGTON 11-87 SUPER MAGNUM
12 GAUGE SHOTGUN, SERIAL
NUMBER: SM056141;

A SMITH CORONA MODEL 1903A3,
30-06 RIFLE, SERIAL NUMBER:
3636727;

A MARLIN MODEL 1894, .44 MAGNUM
RIFLE, SERIAL NUMBER: 24100661;

A WINCHESTER MODEL 94, 30-30
LEVER ACTION RIFLE, SERIAL
NUMBER: GS6379;

A MOSSBERG MODEL 500 PISTOL
GRIP SHOTGUN, 12 GAUGE, SERIAL
NUMBER: U126669;

A CONNECTICUT VALLEY ARMS,
DIKAR 50 CALIBER, BLACK POWDER
RIFLE, SERIAL NUMBER: 924385;

A CONNECTICUT VALLEY ARMS,
WOLF, DIKAR 50 CALIBER, BLACK
POWDER RIFLE, SERIAL
NUMBER: 61-13-01798-10;

A BARNETT PREDATOR CROSSBOW,
SERIAL NUMBER 229756; and

EXTRA BARREL (WITH REMINGTON
11-87 SUPER MAG).

SO ORDERED. This **30** day of January 2018.

JAMES C. DEVER III
Chief United States District Judge