IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-688-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FULLER'S PERSONAL PROPERTY, )<br>SPECIFICALLY DESCRIBED AS RAVEN )<br>ARMS .25 CALIBER PISTOL MODEL )<br>MO-25, SERIAL NUMBER: 1737745, et al., )<br>)<br>Defendants. ) | **ORDER** |

On February 9, 2018, Wesley Russell Fuller ("Fuller") moved for reconsideration [D.E. 56]. On March 1, 2018, the United States responded in opposition [D.E. 58]. The motion for reconsideration [D.E. 56] lacks merit and is DENIED.

SO ORDERED. This 23 day of March 2018.

JAMES C. DEVER III
Chief United States District Judge